# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ALACRITY SOLUTIONS GROUP, LLC

VERSUS

LOUISIANA CITIZENS
PROPERTY INSURANCE COMPANY

CIVIL ACTION

23-74-SDD-EWD

## JUDGMENT

For written reasons assigned:

Judgment is hereby entered in favor of Defendant Louisiana Citizens Property Insurance Company, and against Plaintiff Alacrity Solutions Group, LLC. This matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this __30th__ day of ___January___, 2025.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**